NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7031

JENESE E. SMITH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in
06-2970, Judge Bruce E. Kasold.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Jenese E. Smith moves for a 59-day extension of time, until March 12, 2009, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    The caption is revised to reflect the new Secretary of Veterans Affairs.

FEB 2 2009
_____
Date

cc:    Jenese E. Smith
       Phyllis Jo Baunach, Esq.
s17

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2009

JAN HORBALY
CLERK